Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Boren Cook; Lesley Patterson; and National Association for Stock Car Auto Racing, LLC;<br><br>　　　　Defendants. | Case No. 5:20–CV–02629-JWH–KKx<br><br>**Notice of Settlement** |

1 | Pursuant to L.R. 16-15.7, plaintiff hereby notifies the Court that the state court injury action alleged in plaintiff's complaint, which is the basis for this declaratory relief case, has settled. Plaintiff anticipates that the closing settlement paperwork in the state court action will be completed and the state court action will be dismissed within 60 days. Once the state court action has been dismissed, plaintiff will file a motion to dismiss this federal case.

August 12, 2021

PATRICK HOWE LAW, APC

By: */s/ Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon National Insurance Company