Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Boren Cook; Lesley Patterson; and National Association for Stock Car Auto Racing, LLC;<br><br>    Defendants. | Case No. 5:20-CV-02629-JWH-KKx<br><br>**Stipulation to Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(2)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), plaintiff, with the stipulation of all parties that have appeared, hereby dismisses its first amended complaint (Dkt. 20) with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

October 12, 2021                    PATRICK HOWE LAW, APC

                                    By: /s/ Patrick M. Howe
                                    Patrick M. Howe
                                    Attorney for plaintiff Integon
                                    National Insurance Company


October 12, 2021                    NEMECEK & COLE

                                    By: /s/ Matthew J. Hafey
                                    Matthew J. Hafey
                                    Attorneys for defendant California
                                    Speedway, LLC


October 12, 2021                    LOCKHART LAW FIRM, APC

                                    By: /s/ Samuel G. Lockhart
                                    Samuel G. Lockhart
                                    Attorney for defendant
                                    Boren Cook


October 12, 2021                    THON BECK VANNI
                                    CALLAHAN & POWELL

                                    By: /s/ Michael P. O'Connor
                                    Michael P. O'Connor
                                    Attorney for defendant
                                    Lesley Patterson

I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

October 12, 2021         PATRICK HOWE LAW, APC

By: */s/ Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon National Insurance Company